**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ROBERT NELSON HOWELL,**     ) | |
| ) | |
| Petitioner/Defendant,     ) | |
| ) | **CIVIL NO. 01-CV-607-DRH** |
| vs.     ) | |
| ) | **CRIMINAL NO. 98-CR-30200** |
| **UNITED STATES of AMERICA ,**     ) | |
| ) | |
| Respondent/Plaintiff.     ) | |

**MEMORANDUM AND ORDER**

**HERNDON, District Judge:**

Once again, Robert Nelson Howell has filed a motion to vacate judgment in this action (Doc. 49), despite many denials of similar motions (*see* Docs. 16, 27, 38) and two mandates from the Seventh Circuit dismissing his appeals (*see* Docs. 35, 48). Without further discussion, the Court finds that the instant motion is completely without merit, and it is **DENIED**.

As noted in a prior order in this action (Doc. 38), in addition to the instant case, Howell has filed several other unsuccessful actions in this District that have attempted to challenge some aspect of his conviction and sentence.[1] Since that order was entered on January 25, 2006, Howell filed at least one more challenge, in which he invoked the "Zodiac Constitution Laws" as basis for relief. *See Howell-El v. United States*, Case No. 06-cv-563-MJR (S.D. Ill., filed July 11, 2006). Enough is enough!

---

[1] *See, e.g., Howell v. United States*, Case No. 04-cv-685-DRH (S.D. Ill., filed Sept. 13, 2004); *Howell v. United States*, Case No. 04-cv-724-DRH (S.D. Ill., filed Oct. 12, 2004); *Howell v. Thompson*, Case No. 04-cv-945-GPM (S.D. Ill., filed Dec. 17, 2004); *Howell v. Thompson*, Case No. 05-cv-235-WDS (S.D. Ill., filed April 4, 2005).

Howell is now **WARNED** that should he file *anything* else in *this action*, he *will* be subject to sanctions. *See* FED.R.CIV.P. 11. Those sanctions may include the imposition of monetary sanctions, an outright ban on any future filings in this District with respect to his conviction, or both.

Howell is **FURTHER WARNED** that he shall not file any new cases in this District that attempt to challenge his current confinement stemming from the criminal case referenced in the caption, above. The only exception will be if the Seventh Circuit authorizes Howell to file a second or successive motion under 28 U.S.C. § 2255. Should Howell disregard this warning, he may be subject to sanctions under Rule 11, as detailed above.

In short, **THIS CASE IS CLOSED**.

**IT IS SO ORDERED.**

**DATED:  March 21, 2007,**

/s/   David   RHerndon
**DISTRICT JUDGE**